IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                                 **PLAINTIFF**
**ADC #176655**

v.                            No: 3:24-cv-00074-BRW-PSH

**ROBERTS,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Having reviewed plaintiff Christopher Buchanan's amended complaint (Doc. No. 14) and addendum (Doc. No. 15) for screening purposes,[1] it appears that service is appropriate as to his claims against the named defendants. The Clerk of Court is directed to remove the following defendants from the docket sheet because they are not named or described in Buchanan's amended complaint or addendum: Lieutenant Morris, Lieutenant Herman, Brown, and Lieutenant Lee.

The Clerk of the Court is directed to prepare summonses for the following defendants: Corporal Roberts, Coach Bata, Deputy Warden Claudia Harris, classification officer Pigford, Warden Thomas Hurst, Major Haynes, Captain Baker, and Medical Director Aundrea Culclager (the "ADC Defendants"). The United

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14) and addendum (Doc. No. 15), and a summons on each of the ADC Defendants without prepayment of fees and costs or security therefor. The ADC Defendants should be served through the ADC Compliance Division.[2] Buchanan's motion to preserve relevant video footage (Doc. No. 3) is GRANTED. Once served, the ADC Defendants are directed to preserve any relevant video footage from October 13, 2023.

The Clerk of the Court is directed to prepare a summons for defendant Wellpath LLC. The United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14) and addendum (Doc. No. 15), and a summons on Wellpath LLC without prepayment of fees and costs or security therefor. Wellpath LLC should be served through its registered agent of service, Corporate Creations Networking, Inc., 609 SW 8th St, #600, Bentonville, AR 72712. The Court will request service directions for defendants Dr. Smith, Dr. Simmons, Charlotte Gardner, and Ashley Wells, and direct service on these defendants by separate order.

Buchanan names John Doe, Director, and Jane Doe, Medical Supervisor. He must provide complete names and addresses for these defendants no later than 60 days after this order's entry date, or his claims against them may be dismissed.

---

[2] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 27th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE