## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                    **PLAINTIFF**
**ADC #176655**

**v.**                    **No: 3:24-cv-00074-BRW-PSH**

**ROBERTS,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan has filed a motion requesting that the Court reassess his initial partial filing fee (Doc. No. 19). He also requests an update on the filing fees owed in other cases. Buchanan's motion is granted in part. The initial filing fee owed for this case was properly calculated based on the information Buchanan provided with his motion to proceed *in forma pauperis* (Doc. No. 7). No funds have been received by the Court with respect to this case; a statement of Buchanan's account for this case is attached to this Order. To the extent Buchanan seeks an order directing the ADC to refund filing fees because they deducted too much at one time, that request is denied. The prison's handling of Buchanan's prison account is not an issue in this lawsuit, and the Court does not interject itself into prison administration. The Court has already entered an order directing the prison to pay fees in accordance with applicable law (28 U.S.C. § 1915(b)(2)). *See* Doc. No. 8.

Buchanan's request for information about the filing fees owed for his other cases is granted.  Statements of Buchanan's accounts for all cases filed in the Eastern District of Arkansas are attached to this Order.

IT IS SO ORDERED this 3rd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

07/01/2024 04:14 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE324CV00074; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

| Case Number | DARE324CV00074 | Case Title | CHRISTOPHER BUCHANAN |
| --- | --- | --- | --- |

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4742 | PLRA FILING FEE 5100PL | | 190.00 | 0.00 | 190.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4742 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4742 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 0.00 | 350.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
| --- | --- | --- | --- | --- |

Version 7.0.2   Page 1   of   4

07/01/2024 04:14 PM

## U.S. Courts
## Case Inquiry Report
**Case Number: DARE324CV000074; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type:**
**PLRA FILING FEE 5100PL**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| 5100PL | | | | N/A |
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 190.00 | 0.00 | 0.00 | 190.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**PLRA FILING FEE 0869PL**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| 0869PL | | | | N/A |
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 60.00 | 0.00 | 0.00 | 60.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**PLRA FILING FEE 086400**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| 086400 | | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 100.00 | 0.00 | 0.00 | 100.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:14 PM

# U.S. Courts
## Case Inquiry Report
Case Number: DARE324CV000074; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

| | | Principal | Interest | Penalty | Total |
|---|---|---|---|---|---|
| **Totals** | Owed | 350.00 | 0.00 | 0.00 | 350.00 |
| | Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| | Outstanding | 350.00 | 0.00 | 0.00 | 350.00 |
| | | | | | |
| | Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| | Paid | 0.00 | 0.00 | N/A | 0.00 |
| | Refunded | 0.00 | 0.00 | N/A | 0.00 |
| | Available | 0.00 | 0.00 | N/A | 0.00 |
| | | | | | |
| | Refunded | 0.00 | 0.00 | N/A | 0.00 |
| | Available | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
Case Number: DARE3324CV000074; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

Transaction Information:

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name | Depository Line# | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV00013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

Case Number   DARE221CV00013        Case Title   CHRISTOPHER BUCHANAN

Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | PLRA FILING FEE 086400 | | 100.00 | 100.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | APPEAL PLRA FILING FEE | | 200.00 | 16.00 | 184.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | APPEAL PLRA FILING FEE | | 105.00 | 0.00 | 105.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA1147 | APPEAL PLRA FILING FEE 086400 | | 200.00 | 0.00 | 200.00 |
| | | | | | | 855.00 | 366.00 | 489.00 |

Registry Information:

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type**
**PLRA FILING FEE 5100PL**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| | 5100PL | | | N/A |
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 190.00 | 0.00 | 0.00 | 190.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 190.00 | 0.00 | N/A | 190.00 |

**PLRA FILING FEE 0869PL**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| | 0869PL | | | N/A |
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 60.00 | 0.00 | 0.00 | 60.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 60.00 | 0.00 | N/A | 60.00 |

**PLRA FILING FEE 086400**

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| | 086400 | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

APPEAL PLRA FILING FEE

| Fund | Principal 5100PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 16.00 | 0.00 | 0.00 | 16.00 |
| Outstanding | 184.00 | 0.00 | 0.00 | 184.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 16.00 | 0.00 | N/A | 16.00 |

APPEAL PLRA FILING FEE 0869PL

| Fund | Principal 0869PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 105.00 | 0.00 | 0.00 | 105.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 105.00 | 0.00 | 0.00 | 105.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

APPEAL PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 200.00 | 0.00 | 0.00 | 200.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

### Totals

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 855.00 | 0.00 | 0.00 | 855.00 |
| Collected | 366.00 | 0.00 | 0.00 | 366.00 |
| Outstanding | 489.00 | 0.00 | 0.00 | 489.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 366.00 | 0.00 | N/A | 366.00 |

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

Transaction Information:

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTC T06G2321 | DARE221CV000013-001 | 30-JUN-21 | 1 | 01-JUL-21 | PR PLRA FILING FEE $100PL | | 12.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T06C2321 | DARE221CV000013-001 | 18-JUN-21 | 1 | 05-JUL-21 | PR PLRA FILING FEE $100PL | | 3.67 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T06G2121 | DARE221CV000013-001 | 13-JUL-21 | 1 | 07-JUL-21 | PR PLRA FILING FEE $100PL | | 0.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T08T1721 | DARE221CV000013-001 | 07-AUG-21 | 1 | 18-AUG-21 | PR PLRA FILING FEE $100PL | | 12.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T09I621 | DARE221CV000013-001 | 16-SEP-21 | 1 | 17-SEP-21 | PR PLRA FILING FEE $100PL | | 12.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T09Z721 | DARE221CV000013-001 | 23-SEP-21 | 1 | 27-SEP-21 | PR PLRA FILING FEE $100PL | | 12.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T110521 | DARE221CV000013-001 | 05-NOV-21 | 1 | 05-NOV-21 | PR PLRA FILING FEE $100PL | | 3.96 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T120721 | DARE221CV000013-001 | 07-DEC-21 | 1 | 07-DEC-21 | PR PLRA FILING FEE $100PL | | 60.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T121421 | DARE221CV000013-001 | 13-DEC-21 | 1 | 14-DEC-21 | PR PLRA FILING FEE $100PL | | 1.60 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T020222 | DARE221CV000013-001 | 02-FEB-22 | 1 | 02-FEB-22 | PR PLRA FILING FEE $100PL | | 38.40 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T020222 | DARE221CV000013-001 | 02-FEB-22 | 1 | 09-FEB-22 | PR PLRA FILING FEE $100PL | | 10.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T031122 | DARE221CV000013-001 | 03-MAR-22 | 1 | 11-MAR-22 | PR PLRA FILING FEE $100PL | | 12.00 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T051822 | DARE221CV000013-001 | 06-MAY-22 | 1 | 18-MAY-22 | PR PLRA FILING FEE $100PL | | 0.03 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T061022 | DARE221CV000013-001 | 20-JUN-22 | 1 | 10-JUN-22 | PR PLRA FILING FEE $100PL | | 2.02 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |
| CTC T071222 | DARE221CV000013-001 | 12-JUL-22 | 2 | 12-JUL-22 | PR PLRA FILING FEE 0869PL | | 1.59 | | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T071222 | DARE221CV000013-001 | 12-JUL-22 | 1 | 12-JUL-22 | PR PLRA FILING FEE $100PL | | 10.32 | | CHRISTOPHER BUCHANAN | | 0 | 04 | $100PL |

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000013; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

Transaction Information:

| Document Type/Number* Account Number | Document Date Debt Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name Depository Line# | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CTC T0815220DARE221CV000013001 DARE221CV00013-001 | 2 | 15-AUG-22 | PR PLRA FILING FEE 0869PL | | 0.26 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T0906220DARE221CV000013001 DARE221CV00013-001 | 2 | 06-SEP-22 | PR PLRA FILING FEE 0869PL | | 58.15 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T0906220DARE221CV000013001 DARE221CV00013-001 | 3 | 06-SEP-22 | PR PLRA FILING FEE 086400 | | 100.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T0514240DARE221CV000013001 DARE221CV00013-001 | 4 | 14-MAY-24 | PR APPEAL PLRA FILING FEE | | 8.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |
| CTC T0620240DARE221CV000013001 DARE221CV00013-001 | 4 | 20-JUN-24 | PR APPEAL PLRA FILING FEE | | 8.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE22ICV000096; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions; Y**

| Case Number | DARE22ICV000096 | Case Title | CHRISTOPHER BUCHANAN |
|---|---|---|---|

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | PLRA FILING FEE 086400 | | 100.00 | 100.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | APPEAL PLRA FILING FEE | | 200.00 | 200.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | APPEAL PLRA FILING FEE | | 105.00 | 105.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPAT765 | APPEAL PLRA FILING FEE 086400 | | 200.00 | 200.00 | 0.00 |
| | | | | | | 855.00 | 855.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| | | | | 0.00 |

Version 7.0.2   Page 1   of   6

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type**
PLRA FILING FEE 5100PL

| Fund | Principal 5100PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 190.00 | 0.00 | 0.00 | N/A |
| Collected | 190.00 | 0.00 | 0.00 | 190.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 190.00 | 0.00 | N/A | 190.00 |

PLRA FILING FEE 0869PL

| Fund | Principal 0869PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 60.00 | 0.00 | 0.00 | 60.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 60.00 | 0.00 | N/A | 60.00 |

PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

### APPEAL PLRA FILING FEE

| Fund | Principal 5100PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | N/A | 200.00 |
| Collected | 200.00 | 0.00 | 0.00 | 200.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

### APPEAL PLRA FILING FEE

| Fund | Principal 0869PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 105.00 | 0.00 | 0.00 | 105.00 |
| Collected | 105.00 | 0.00 | 0.00 | 105.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 105.00 | 0.00 | N/A | 105.00 |

### APPEAL PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 200.00 | 0.00 | 0.00 | 200.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  |  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|---|
| Paid |  | 0.00 | 0.00 | N/A | 0.00 |
| Refunded |  | 0.00 | 0.00 | N/A | 0.00 |
| Available |  | 200.00 | 0.00 | N/A | 200.00 |
| | **Totals** | | | | |
| Owed |  | 855.00 | 0.00 | 0.00 | 855.00 |
| Collected |  | 855.00 | 0.00 | 0.00 | 855.00 |
| Outstanding |  | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned |  | 0.00 | 0.00 | N/A | 0.00 |
| Paid |  | 0.00 | 0.00 | N/A | 0.00 |
| Refunded |  | 0.00 | 0.00 | N/A | 0.00 |
| Available |  | 855.00 | 0.00 | N/A | 855.00 |

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

Transaction Information:

| Document Type/Number* / Account Number | Document Date / Debt Type Line# | Accomplished Date / Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name / Depository Line# | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CTC T090622DARE221CV000096001 DARE221CV000096-001 | 2 | 06-SEP-22 PLRA FILING FEE | PR 0869PL | | 22.13 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T090622DARE221CV000096001 DARE221CV000096-001 | 1 | 06-SEP-22 PLRA FILING FEE | PR 5100PL | | 190.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |
| CTC T101922DARE221CV000096001 DARE221CV000096-001 | 2 | 20-OCT-22 PLRA FILING FEE | PR 0869PL | | 19.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T121522DARE221CV000096001 DARE221CV000096-001 | 2 | 15-DEC-22 PLRA FILING FEE | PR 0869PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T011123DARE221CV000096001 DARE221CV000096-001 | 2 | 11-JAN-23 PLRA FILING FEE | PR 0869PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T020323DARE221CV000096001 DARE221CV000096-001 | 2 | 03-FEB-23 PLRA FILING FEE | PR 0869PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T020323DARE221CV000096001 DARE221CV000096-001 | 2 | 03-FEB-23 PLRA FILING FEE | PR 086400 | | 26.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T030723DARE221CV000096001 DARE221CV000096-001 | 3 | 07-MAR-23 PLRA FILING FEE | PR 086400 | | 6.87 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T031723DARE221CV000096001 DARE221CV000096-001 | 3 | 17-MAR-23 PLRA FILING FEE | PR 086400 | | 5.13 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T032123DARE221CV000096001 DARE221CV000096-001 | 3 | 21-MAR-23 PLRA FILING FEE | PR 0869PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 0869PL |
| CTC T050223DARE221CV000096001 DARE221CV000096-001 | 3 | 18-MAY-23 APPEAL PLRA FILING FEE | PR 086400 | | 12.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T060623DARE221CV000096001 DARE221CV000096-001 | 3 | 05-JUN-23 APPEAL PLRA FILING FEE | PR 086400 | | 12.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 086400 |
| CTC T070523DARE221CV000096001 DARE221CV000096-001 | 4 | 06-JUL-23 APPEAL PLRA FILING FEE | PR 5100PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |
| CTC T080723DARE221CV000096001 DARE221CV000096-001 | 4 | 07-AUG-23 APPEAL PLRA FILING FEE | PR 5100PL | | 6.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |
| CTC T090523DARE221CV000096001 DARE221CV000096-001 | 4 | 05-SEP-23 APPEAL PLRA FILING FEE | PR 5100PL | | 23.67 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |
| CTC T101123DARE221CV000096001 DARE221CV000096-001 | 4 | 11-OCT-23 APPEAL PLRA FILING FEE | PR 5100PL | | 16.00 | CHRISTOPHER BUCHANAN | | 0 | 04 | 5100PL |

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE221CV000096; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

Transaction Information:

| Document Type/Number* | Document Date | Accomplished Date | | | Amount | Party/Payee Name | | Doc Actn | Trans Type |
| Account Number | Debt Type Line# | Debt Type | Line Type | Payee Line# | | Depository Line# | Check Number | | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CTC TI 110623 DARE221CV000096001 | 06-NOV-23 | 06-NOV-23 | PR APPEAL PLRA FILING FEE | | 16.00 | CHRISTOPHER BUCHANAN | | 0 | 04 |
| DARE221CV000096-001 | 4 | | | | | | | | 5100PL |
| CTC TI 20723 DARE221CV000096001 | 07-DEC-23 | 07-DEC-23 | PR PLRA FILING FEE 086400 | | 50.87 | CHRISTOPHER BUCHANAN | | 0 | 04 |
| DARE221CV000096-001 | 3 | | | | | | | | 086400 |
| CTC TI 20723 DARE221CV000096001 | 07-DEC-23 | 07-DEC-23 | PR APPEAL PLRA FILING FEE | | 105.00 | CHRISTOPHER BUCHANAN | | 0 | 04 |
| DARE221CV000096-001 | 5 | | | | | | | | 0869PL |
| CTC TI 20723 DARE221CV000096001 | 07-DEC-23 | 07-DEC-23 | PR APPEAL PLRA FILING FEE | | 114.33 | CHRISTOPHER BUCHANAN | | 0 | 04 |
| DARE221CV000096-001 | 4 | | | | | | | | 5100PL |
| CTC TI 20723 DARE221CV000096001 | 07-DEC-23 | 07-DEC-23 | PR APPEAL PLRA FILING FEE 086400 | | 200.00 | CHRISTOPHER BUCHANAN | | 0 | 04 |
| DARE221CV000096-001 | 6 | | | | | | | | 086400 |

* **Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |

07/01/2024 04:13 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE222CV000020; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

| Case Number | Case Title |
|---|---|
| DARE222CV000020 | CHRISTOPHER BUCHANAN |

Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | PLRA FILING FEE 086400 | | 100.00 | 4.82 | 95.18 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | APPEAL PLRA FILING FEE | | 200.00 | 200.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | APPEAL PLRA FILING FEE | | 105.00 | 105.00 | 0.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA2220 | APPEAL PLRA FILING FEE 086400 | | 200.00 | 9.65 | 190.35 |
| | | | | | | 855.00 | 569.47 | 285.53 |

Registry Information:

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

Version 7.0.2   Page 1   of   5

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
Case Number: DARE222CV000020; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type**
PLRA FILING FEE 5100PL

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund 5100PL | Principal | Interest | Penalty | N/A |
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 190.00 | 0.00 | 0.00 | 190.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 190.00 | 0.00 | N/A | 190.00 |

PLRA FILING FEE 08699PL

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund 08699PL | Principal | Interest | Penalty | N/A |
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 60.00 | 0.00 | 0.00 | 60.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 60.00 | 0.00 | N/A | 60.00 |

PLRA FILING FEE 086400

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund 086400 | Principal | Interest | Penalty | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 4.82 | 0.00 | 0.00 | 4.82 |
| Outstanding | 95.18 | 0.00 | 0.00 | 95.18 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE222CV000020; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

### APPEAL PLRA FILING FEE

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 4.82 | 0.00 | N/A | 4.82 |

### APPEAL PLRA FILING FEE

| Fund | Principal 5100PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 200.00 | 0.00 | 0.00 | 200.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 200.00 | 0.00 | N/A | 200.00 |

### APPEAL PLRA FILING FEE

| Fund | Principal 0869PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 105.00 | 0.00 | 0.00 | 105.00 |
| Collected | 105.00 | 0.00 | 0.00 | 105.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 105.00 | 0.00 | N/A | 105.00 |

### APPEAL PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 200.00 | 0.00 | 0.00 | 200.00 |
| Collected | 9.65 | 0.00 | 0.00 | 9.65 |
| Outstanding | 190.35 | 0.00 | 0.00 | 190.35 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |

# U.S. Courts
## Case Inquiry Report
### Case Number: DARE222CV000020; Party Number: N/A; Payee Code: N/A
### Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  |  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|---|
| Paid |  | 0.00 | 0.00 | N/A | 0.00 |
| Refunded |  | 0.00 | 0.00 | N/A | 0.00 |
| Available |  | 9.65 | 0.00 | N/A | 9.65 |
| | Totals | | | | |
| Owed |  | 855.00 | 0.00 | 0.00 | 855.00 |
| Collected |  | 569.47 | 0.00 | 0.00 | 569.47 |
| Outstanding |  | 285.53 | 0.00 | 0.00 | 285.53 |
| Apportioned |  | 0.00 | 0.00 | N/A | 0.00 |
| Paid |  | 0.00 | 0.00 | N/A | 0.00 |
| Refunded |  | 0.00 | 0.00 | N/A | 0.00 |
| Available |  | 569.47 | 0.00 | N/A | 569.47 |

07/01/2024 04:13 PM

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE222CV000020; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line# | Accomplished Date / Debt Type | Line Type | Payee Line# | Amount | Depository Line# / Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 3 | 07-DEC-23 | PR PLRA FILING FEE 086400 | | 0.49 | CHRISTOPHER BUCHANAN | | O | 04 | 086400 |
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 6 | 07-DEC-23 | PR APPEAL PLRA FILING FEE 086400 | | 0.98 | CHRISTOPHER BUCHANAN | | O | 04 | 086400 |
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 2 | 07-DEC-23 | PR PLRA FILING FEE 0869PL | | 60.00 | CHRISTOPHER BUCHANAN | | O | 04 | 0869PL |
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 5 | 07-DEC-23 | PR APPEAL PLRA FILING FEE 0869PL | | 105.00 | CHRISTOPHER BUCHANAN | | O | 04 | 0869PL |
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 1 | 07-DEC-23 | PR PLRA FILING FEE 5100PL | | 190.00 | CHRISTOPHER BUCHANAN | | O | 04 | 5100PL |
| CTC T120723DARE222CV000020001 DARE222CV000020-001 | 4 | 07-DEC-23 | PR APPEAL PLRA FILING FEE | | 200.00 | CHRISTOPHER BUCHANAN | | O | 04 | 5100PL |
| CTC T042534DARE222CV000020001 DARE222CV000020-001 | 3 | 25-APR-24 | PR PLRA FILING FEE 086400 | | 4.33 | CHRISTOPHER BUCHANAN | | O | 04 | 086400 |
| CTC T042534DARE222CV000020001 DARE222CV000020-001 | 6 | 25-APR-24 | PR APPEAL PLRA FILING FEE 086400 | | 8.67 | CHRISTOPHER BUCHANAN | | O | 04 | 086400 |

* **Document Type Legend:**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |

07/01/2024 04:14 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE322CV000161; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

| Case Number | DARE322CV000161 | Case Title | CHRISTOPHER BUCHANAN |
| --- | --- | --- | --- |

Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA27749 | PLRA FILING FEE 5100PL | | 190.00 | 0.00 | 190.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA27749 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA27749 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 0.00 | 350.00 |

Registry Information:

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
| --- | --- | --- | --- | --- |

07/01/2024 04:14 PM

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE322CV000161; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type:** PLRA FILING FEE 5100PL

| Fund 5100PL | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 190.00 | 0.00 | 0.00 | 190.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

| Fund 0869PL | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 60.00 | 0.00 | 0.00 | 60.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 0869PL

| Fund 086400 | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 100.00 | 0.00 | 0.00 | 100.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 086400

07/01/2024 04:14 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE322CV000161; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**Totals**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 350.00 | 0.00 | 0.00 | 350.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 350.00 | 0.00 | 0.00 | 350.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:14 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE322CV000161; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

Transaction Information:

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name | Depository Line# | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

07/01/2024 04:18 PM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DARE323CV000190; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Case Number**   DARE323CV000190        **Case Title**   CHRISTOPHER BUCHANAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4068 | PLRA FILING FEE 5100PL | | 190.00 | 0.00 | 190.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4068 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN | AREPA4068 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 0.00 | 350.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

Version 7.0.2   Page 1   of   4

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE323CV000190; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | 21PP021707 | CHRISTOPHER BUCHANAN |

**Debt Type** PLRA FILING FEE 5100PL

| Fund | Principal 5100PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | | | N/A | N/A |
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 190.00 | 0.00 | 0.00 | 190.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 0869PL

| Fund | Principal 0869PL | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | | | N/A | N/A |
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 60.00 | 0.00 | 0.00 | 60.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 100.00 | 0.00 | 0.00 | 100.00 |

| Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

07/01/2024 04:18 PM

# U.S. Courts
## Case Inquiry Report
**Case Number: DARE3233CV0001190; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**Totals**

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 350.00 | 0.00 | 0.00 | 350.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 350.00 | 0.00 | 0.00 | 350.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

U.S. Courts
Case Inquiry Report
Case Number: DARE3223CV000190; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

Transaction Information:

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name | Depository Line# | Check Number | Doc Actn Type | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|