# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                          **PLAINTIFF**
**ADC #176655**

v.                          No: 3:24-cv-00074-BRW-PSH

**ROBERTS,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan has filed a motion requesting the Court issue service as to defendant Sergeant Hammerstick (Doc. No. 21). The Court inadvertently omitted Hammerstick from the list of defendants to be served in its June 27, 2024 order (Doc. No. 16). Accordingly, Buchanan's motion is granted. The Clerk of the Court is directed to prepare a summons for Hammerstick, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14), addendum (Doc. No. 15), and summons on him without prepayment of fees and costs or security therefor. Hammerstick should be served through the ADC Compliance Division.[1]

IT IS SO ORDERED this 9th day of July, 2024.

UNITED STATES MAGISTRATE JUDGE

---

[1] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.