IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER BUCHANAN                                                    PLAINTIFF
ADC #176655

v.                         No: 3:24-cv-00074-BRW-PSH

ROBERTS, *et al.*                                                      DEFENDANTS

## ORDER

Several motions and other service-related issues are currently pending in this case.

First, plaintiff Christopher Buchanan has filed a motion requesting the Court to order service on defendant Ashley Wells (Doc. No. 28). His motion is DENIED as MOOT. Wellpath LLC was unable to identify Ashley Wells and therefore could not provide service directions for her. Buchanan may conduct discovery on the other medical defendants to obtain the correct name for this defendant. He must provide her name no later than 60 days after this order's entry date, or his claims against her may be dismissed.

Second, a summons has been returned unexecuted as to the defendant identified as Sergeant Hammerstick with a notation that the ADC could not identify this individual (Doc. No. 36). Buchanan may conduct discovery on the other medical defendants to obtain the correct name for this defendant. He must provide

this defendant's name no later than 60 days after this order's entry date, or his claims against the defendant may be dismissed.

Third, Buchanan has identified Deputy Director William Straughn as the John Doe defendant. *See* Doc. No. 27. The Clerk of the Court is directed to prepare a summons for Straughn, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14) and addendum (Doc. No. 15), and summons on him without prepayment of fees and costs or security therefor. Straughn should be served through the ADC Compliance Division.[1] The Court is awaiting service instructions as to the Jane Doe defendant identified as Mrs. Teague.

Fourth, Buchanan's motion to add claim (Doc. No. 35) is DENIED. Buchanan has not submitted a complete copy of a proposed amended complaint with his motion. Accordingly, his motion is denied. He may not amend his complaint in a piecemeal fashion, but instead must submit a complete amended complaint. Buchanan is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. If Buchanan wishes to amend his complaint, he must file a motion and a separate proposed amended complaint on a § 1983 complaint form.

---

[1] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

Fifth, Defendants Medical Director Aundrea Culclager, Captain Clinton Baker, Major John Haynes, Warden Thomas Hurst, Classification Officer Megan Pigford, Deputy Warden Claudia Harris, and Corporal Michael Roberts have filed a motion to dismiss, along with a brief in support (Doc. Nos. 38-39). If Buchanan wishes to respond, he must do so no later than 14 days after this order's entry date. Although Buchanan is not required to respond, if he does not do so, the Court will decide the motion without the benefit of his input.

Finally, Buchanan's motion for a status update (Doc. No. 29) is GRANTED. The Clerk of Court is directed to send Buchanan a copy of the docket sheet for this case.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE