# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                        **PLAINTIFF**
**ADC #176655**

**v.**                    **No: 3:24-cv-00074-BRW-PSH**

**ROBERTS,** *et al.*                                                              **DEFENDANTS**

## ORDER

On August 20, 2024, a summons was returned unexecuted as to defendant Coach Bata (Doc. No. 51). His last known address was provided under seal. Accordingly, service will be attempted at that address. The Clerk of the Court is directed to prepare a summons for Bata, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14), addendum (Doc. No. 15), and summons on him at the address provided under seal without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 21st day of August, 2024.

UNITED STATES MAGISTRATE JUDGE