# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**  **PLAINTIFF**
**ADC #176655**

v.                    No: 3:24-cv-00074-BRW-PSH

**ROBERTS**, *et al.*                    **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan's motion for a physical examination pursuant to Federal Rule of Civil Procedure 35 (Doc. No. 43) is DENIED. No such examination is warranted at this time. Buchanan has already moved for injunctive relief to obtain appropriate medical treatment (Doc. No. 6). That motion remains pending while the defendants are served with process.

Buchanan's motion to add claim (Doc. No. 52) is also DENIED. Buchanan has not submitted a complete copy of a proposed amended complaint with his motion. He may not amend his complaint in a piecemeal fashion, but instead must submit a complete amended complaint. Buchanan is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. If Buchanan wishes to amend his complaint, he must file a motion and a separate proposed amended complaint on a § 1983 complaint form.

2

IT IS SO ORDERED this 22nd day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE