## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                         **PLAINTIFF**
**ADC #176655**

**v.**                       **No: 3:24-cv-00074-BRW-PSH**

**MICHAEL ROBERTS,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan has filed a motion requesting the Court issue service as to defendant Sergeant Jeremy Haverstick (ID #128084) (formerly named Hammerstick) and Ashley Wells (Doc. No. 55). Buchanan's motion is granted. The Clerk of the Court is directed to prepare a summons for Haverstick, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 14) and addendum (Doc. No. 15), and summons on him without prepayment of fees and costs or security therefor. Haverstick should be served through the ADC Compliance Division.[1]

With respect to the defendant identified as Ashley Wells, RN, DON, Wellpath has no record of such a person, but has identified an Ashley Jackson working as Director of Nursing at the Grimes Unit during the relevant time period. The Clerk

---

[1] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

of Court is therefore directed to update the name of this defendant on the docket sheet for this case.   Kirk Dougherty and/or Kynda Almefty of Hardin, Jesson & Terry, PLC, are authorized to accept service on her behalf.

IT IS SO ORDERED this 28th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE