# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                **PLAINTIFF**
**ADC #176655**

**v.**                            **No: 3:24-cv-00074-BRW-PSH**

**MICHAEL ROBERTS,** *et al.*                                           **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan filed a motion to review and obtain copies of his medical and mental health records (Doc. No. 68).  The Court is aware of the policy of the Arkansas Division of Corrections (ADC) against production and distribution of medical files.  Consistent with this policy, Buchanan's motion is GRANTED in part; he may review, but not copy, his medical and mental health records.  The Clerk of Court is directed to mail a copy of this Order to the Warden of the Grimes Unit.

Buchanan also complains that ADC staff is reviewing his legal mail outside his presence, and that he has some difficulties with the law library.  Any such complaints are unrelated to this lawsuit which concerns an event that occurred on October 13, 2023, and Buchanan's allegations that he has not received appropriate medical treatment for the injuries he received and that he remains in the same dangerous environment that led to the attack.  *See* Doc. No. 72.  If Buchanan has

complaints about his legal mail being opened, he should file a separate lawsuit against the appropriate defendants.  He may not litigate that cause of action in this lawsuit.  *See* Fed. R. Civ. P. 20 (allowing claims against multiple defendants when the claims against them arise out of the same series of occurrences, and present questions of fact common to all defendants).  However, the Court notes that mail from the Court is not privileged, but is instead a matter of public record.  *See Martin v. Brewer,* 830 F.2d 76, 78 (7th Cir. 1987) (court documents are not privileged legal mail because they are "public documents" available in the court's files).[1]  Finally, it is not clear how Buchanan's complaints about the law library affect his ability to prosecute this case or what relief he is asking for.  Accordingly, his requests relating to his legal mail and the law library are DENIED.

IT IS SO ORDERED this 19th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Prison officials may open and inspect a prisoner's mail for contraband outside of the inmate's presence unless it is privileged legal mail.  *See Wolff v. McDonnell,* 418 U.S. 539, 576–77 (1974); *Gardner v. Howard,* 109 F.3d 427, 430 (8th Cir. 1997); *Jensen v. Klecker,* 648 F.2d 1179, 1182 (8th Cir. 1981).  Privileged legal mail is defined as "mail to or from an inmate's attorney and identified as such."  *Gardner,* 109 F.3d at 430.