# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                             **PLAINTIFF**
**ADC #176655**

v.                          No: 3:24-cv-00074-KGB-PSH

**MICHAEL ROBERTS,** *et al.*                                                        **DEFENDANTS**

## ORDER

Plaintiff Christopher Buchanan, an Arkansas Division of Correction (ADC) inmate, filed this lawsuit on April 26, 2024 (Doc. No. 2). Buchanan's application to proceed *in forma pauperis* was granted (Doc. No. 8), and at the Court's direction, he filed an amended complaint and addendum (Doc. Nos. 14-15). Service has since been made on all defendants, and they have filed responsive pleadings. *See* Doc. Nos. 24, 38, 56, 60, 78. On September 18, 2024, Buchanan was granted leave to file a second amended complaint. *See* Doc. Nos. 71-72. He sues Wellpath, LLC and its current or former employes (the "Wellpath Defendants") and ADC employees (the "ADC Defendants").

Due to the bankruptcy of defendant Wellpath, LLC and an order extending the automatic stay to non-debtor defendants, this case was stayed in its entirety on December 20, 2024. *See* Doc. No. 116. Buchanan subsequently filed a motion for relief from stay in the Bankruptcy Court, and on March 24, 2025, the Bankruptcy

Court granted his motion in part and modified the stay "solely as to the plaintiff's motions for injunctive relief related to medical care, including, for avoidance of doubt, the right to have upcoming appointments and procedures" in this case. *See* Doc. No. 132-1.

While this case has been stayed, Buchanan moved to supplement his complaint (Doc. No. 117). On January 31, 2025, the Court denied that motion and explained to Buchanan that

> . . . supplemental claims must be sufficiently related to Buchanan's pending claims to be properly joined in this case. *See* Fed. R. Civ. P. 20 (allowing claims against multiple defendants when the claims against them arise out of the same series of occurrences, and present questions of fact common to all defendants). Buchanan's supplemental allegations appear to stem from his current incarceration at a different unit and are not clearly related to his claims pending in this lawsuit. Furthermore, Buchanan has not submitted a complete copy of a proposed amended complaint with his motion. He may not amend his complaint in a piecemeal fashion but must file a motion with a complete proposed amended complaint attached.

Doc. No. 125 at 2. On February 18, 2025, Buchanan filed two motions to amend his complaint again to add additional claims that arose after he filed this case (Doc. Nos. 129 & 130). United States District Judge Billy R. Wilson entered a text order denying those motions "for the reasons previously stated and because this case is stayed." Doc. No. 131.

Now before the Court is Buchanan's motion to reconsider the Court's order denying his motions to amend his complaint because the bankruptcy stay has been

partially lifted (Doc. No. 141). This motion is DENIED for two reasons. One, the stay was only lifted to allow Buchanan to proceed with a motion for injunctive relief relating to his medical care. Two, Buchanan has not followed prior instructions to submit a complete copy of a proposed amended complaint with a motion to amend that includes all of his claims and shows that they are sufficiently related to each other to be properly joined in one action. Once the bankruptcy stay is lifted in its entirety, Buchanan may file another motion to amend with a complete copy of a proposed amended complaint on a 1983 form that properly sets out all defendants and claims.

Also before the Court is Buchanan's motion for a Court Order directing prison officials to allow him to review his medical and mental health records (Doc. No. 142). The Court is aware of the policy of the Arkansas Division of Corrections (ADC) against production and distribution of medical files. Consistent with this policy, Buchanan's motion is GRANTED; he may review his medical and mental health records. The Clerk of Court is directed to mail a copy of this Order to the Warden of the Ouachita River Unit.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE