THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**  **PLAINTIFF**
**ADC #176655**

v.  Case No. 3:24-cv-00074-KGB-PSH

**MICHAEL ROBERTS,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Partial Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 145). Plaintiff Christopher Buchanan filed objections to the Recommendation (Dkt. No. 146). After review of the Recommendation, objections, and after a *de novo* review of the record, the Court adopts the Recommendation (Dkt. No. 145).

The Court writes to address the objections. Mr. Buchanan is an inmate in the Arkansas Division of Correction ("ADC") (Dkt. No. 2). Mr. Buchanan sues Wellpath, LLC and its current or former employees as well as ADC employees. All the defendants have been served and have filed responsive pleadings (Dkt. Nos. 24, 38, 56, 60, 78). Due to the bankruptcy of defendant Wellpath, LLC and an order extending the automatic stay to non-debtor defendants, this case was stayed in its entirety on December 20, 2024 (Dkt. No. 116). On April 2, 2025, after Mr. Buchanan appealed to the bankruptcy court, this case was reopened, and the stay was partially lifted to allow Mr. Buchanan to file a renewed motion for injunctive relief relating to his medical care (Dkt. No. 133). On April 17, 2025, Mr. Buchanan filed a motion for preliminary injunctive relief (Dkt. No. 137). Judge Harris recommends that the Court deny Mr. Buchanan's motion for preliminary injunctive relief because Mr. Buchanan does not demonstrate that he is likely to suffer irreparable

harm (Dkt. No. 145).  In an Order dated May 21, 2025, Judge Harris lifted the stay in this matter and reinstated the case in its entirety as to all defendants (Dkt. No. 147).

Mr. Buchanan's objections assert that the ADC transferred him in retaliation for filing this lawsuit and that defendants are continuing to violate his rights while the stay is in effect (Dkt. No. 146, ¶ 4).[1]  Further, Mr. Buchanan asks for a full review of his medical records and asks this Court to "place a hold" on his motion to insure that his rights are not being violated (*Id.*, ¶¶ 7, 9).   In an Order dated May 7, 2025, Judge Harris granted Mr. Buchanan's request to review his medical and mental health records (Dkt. No. 144, at 3).  The Court sees no reason to place a hold on his motion and views Mr. Buchanan's request to do so as contrary to his claim that he is under a threat of irreparable harm.

After careful review of the Recommendation, Mr. Buchanan's objections, and a *de novo* review of the record, the Court finds that Mr. Buchanan's objections break no new ground and fail to rebut the Recommendation.  The Court adopts the Recommendation (Dkt. No. 145).

It is so ordered this 22nd day of May, 2025.

Kristine G. Baker
Chief United States District Judge

---

[1] In his objections, Mr. Buchanan asks that the Court reconsider his motions to file his amended complaint (Dkt. Nos. 129; 130).  Now that the stay has been lifted, Mr. Buchanan may refile his motion to amend complaint to be considered by Judge Harris (*see* Dkt. Nos. 144, at 3 ("[o]nce the bankruptcy stay is lifted in its entirety, [Mr.] Buchanan may file another motion to amend with a complete copy of a proposed amended complaint on a [§] 1983 form that properly sets out all defendants and claims."); 146, at 2 ("Motions that were terminated when this case was closed may be refiled within 21 days.")).