# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                             **PLAINTIFF**
**ADC #176655**

v.                  No: 3:24-cv-00074-KGB-PSH

**MICHAEL ROBERTS,** *et al.*                                     **DEFENDANTS**

## ORDER

Buchanan, an Arkansas Division of Correction (ADC) inmate, filed this lawsuit on April 26, 2024 (Doc. No. 2). At the Court's direction, he filed an amended complaint and addendum (Doc. Nos. 14-15). Buchanan sues Wellpath, LLC and several of its current or former employes (the "Wellpath Defendants") as well as several ADC employees (the "ADC Defendants"). The ADC Defendants move to dismiss Buchanan's claims against them for failure to state a claim upon which relief may be granted (Doc. Nos. 158-159). Buchanan filed a response and brief in support (Doc. Nos. 162-163). Based on a review of the pleadings, the Court believes that oral argument on the motion would be beneficial. This matter will therefore be set for hearing by subsequent notice.

IT IS SO ORDERED this 17th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE